IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02849-AP

SHELLY LYNN ORTIVEZ,

Plaintiff,

v.

Carolyn W. Colvin, Acting Commissioner of Social Security,

Defendant.

---

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

---

**1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

For Plaintiff:

Rachael A. Lundy
Seckar Law
402 W.12th Street
Pueblo, CO 81003
719-543-8403
seckarlaw@mindspring.com

For Defendant:

John F. Walsh
United States Attorney

J.B. García
Assistant United States Attorney
District of Colorado

Stephanie Lynn F. Kiley
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
1961 Stout Street, Suite 4169
Denver, Colorado 80294-4003
(303) 844-0815
stephanie.kiley@ssa.gov

**2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

**3. DATES OF FILING OF RELEVANT PLEADINGS**

**A. Date Complaint Was Filed:** October 18, 2013

**B. Date Complaint Was Served on U.S. Attorney's Office:** December 5, 2013

**C. Date Answer and Administrative Record Were Filed:** January 30, 2014

**4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

The parties, to the best of their knowledge, state that the administrative record is complete and accurate.

**5. STATEMENT REGARDING ADDITIONAL EVIDENCE**

Neither party intends to submit additional evidence.

**6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The parties, to the best of their knowledge, do not believe the case raises unusual claims or defenses.

**7. OTHER MATTERS**

The parties have no other matters to bring to the attention of the Court.

The parties state that this case is not on appeal from a decision issued on remand from this Court.

**8. BRIEFING SCHEDULE**

The parties request the following briefing schedule, outside of the 60 day briefing schedule, due to Defendant’s workload.

**A. Plaintiff's Opening Brief Due:** March 26, 2014

**B. Defendant’s Response Brief Due:** April 25, 2014

**C. Plaintiff’s Reply Brief (If Any) Due:** May 12, 2014

**9. STATEMENTS REGARDING ORAL ARGUMENT**

**A. Plaintiff's Statement:** Plaintiff does not request oral argument.

**B. Defendant's Statement:** Defendant does not request oral argument.

**10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

***Indicate below the parties' consent choice*.**

**A. ( ) All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**B. () All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**11. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE MOVING ATTORNEY'S CLIENT, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

***The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.***

DATED this 18th day of February, 2014.

BY THE COURT:

***s/John L. Kane***
U.S. DISTRICT COURT JUDGE

APPROVED:

/s/ Rachael A. Lundy
Rachael A. Lundy
Seckar Law
402 W.12th Street
Pueblo, CO 81003
719-543-8403
seckarlaw@mindspring.com

Attorney for Plaintiff

UNITED STATES ATTORNEY

/s/ Stephanie Lynn F. Kiley
By: Stephanie Lynn F. Kiley
Special Assistant U.S. Attorney
Social Security Administration
1961 Stout Street, Suite 4169
Denver, CO 80294-4003
303-844-0815
stephanie.kiley@ssa.gov

Attorneys for Defendant.