IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02849-KLM

SHELLY LYNN ORTIVEZ,

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

    Defendant.

## FINAL JUDGMENT

Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Order signed by the Honorable Kristen L. Mix on November 17, 2014 , incorporated herein by reference, it is

ORDERED that the decision of the Commissioner that Plaintiff is not disabled is REVERSED and REMANDED for further proceedings consistent with the opinion of the Magistrate Judge [23].  It is

FURTHER ORDERED that final judgment is hereby entered in favor of Plaintiff, Shelly Lynn Ortivez , and against Defendant, Carolyn W. Colvin, Acting Commissioner of Social Security.

DATED at Denver, Colorado this 17th  day of November, 2014.

        FOR THE COURT:

        JEFFREY P. COLWELL, CLERK

        s/ M. Ortiz
        M. Ortiz, Deputy Clerk